

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Gibb Gilchrist, President
Agricultural & Mechanical College of Texas
College Station, Texas

Dear Sir:

Opinion No. O-7200
Re: Under the Educational Appro-
priation Bill can any unex-
pended balance remaining in
Items 10a and 10b at the expi-
ration of the fiscal year end-
ing August 31, 1946 be legally
expended for the same purpose
during the fiscal year ending
August 31, 1947?

Your letter of recent date asking our opinion on the above subject reads as follows:

"The Educational Appropriation Bill for the current biennium (Chapter 377, General and Special Laws -49th Legislature, Regular Session, pages 695-6) includes the following items under the heading of Agricultural and Mechanical College of Texas - Main Extramure, Divisions - Engineering Experiment Station:

"10a. Aerodynamic research, including wind tunnel completion and opera-
tion, flight test research sala-
ries, wages, equipment, travel and supplies
For the fiscal year ending August 31, 1946 ............ 45,000.00

"10b. Chemurgic research for basic in-
vestigation in Texas raw materia-
and agricultural products inclu-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

ing salaries, wages, equipment,
travel and supplies.
For the fiscal year ending Au-
gust 31, 1946                                    $25,000.00
For the fiscal year ending
August 31, 1947                                   25,000.00

"Provided that any unexpended
balance remaining in items 10a
and 10b at the expiration of
the fiscal year ending August
31, 1947, is hereby reappropria-
ted for the same purposes for
the fiscal year ending August
31, 1948.

"Since the Legislature cannot make appro-
priations for a longer term than two years and
since there is no appropriation under item 10a
for the fiscal year ending August 31, 1947, it
is obvious that it was the intention of the
Legislature to reappropriate any unexpended
balance remaining in items 10a and 10b at the
expiration of the fiscal year ending August 31,
1946, for the same purposes for the fiscal year
ending August 31, 1947, and that its failure to
do so is the result of a clerical or typographi-
cal error.  Therefore, we are submitting to you
for a ruling the question of whether any un-
expended balance remaining in items 10a and 10b
at the expiration of the fiscal year ending
August 31, 1946 can legally be expended for the
same purposes during the fiscal year ending
August 31, 1947."

Sections 10a and 10b, as quoted above, are taken
from House Bill #173 as passed by the 49th Legislature, 1945.
The caption of the Bill reads as follows:

"An Act fixing appropriations for educa-
tional institutions of higher learning, and
declaring the policy thereof; prescribing
certain rules and regulations to be followed

in determining said appropriations; requiring
audits; making appropriations for the support
maintenance, buildings, and improvements of the
several State institutions of higher learning
for the two fiscal years, beginning September 1,
1945, and ending August 31, 1947, both dates
inclusive; and for certain other educational
agencies of the State; prescribing certain re-
strictions concerning the expenditures of said
appropriations; containing a saving clause; and
declaring an emergency." (Underscoring ours)

It is to be noted that no wording in the caption could
leave even an implication that it was the intention of the drafters
of the bill to make an appropriation for any period or periods
other than the two fiscal years, i.e., September 1, 1945 to
August 31, 1946, and September 1, 1946 to August 31, 1947. Arti-
cle 8, Section 6 of our Constitution prohibits the Legislature
from making an appropriation for a longer term than two years.
Therefore, should we attempt to give the wording found immediately
following Section 10b, as quoted above, its apparent meaning, we
would run aground with the Constitution and find the attempted
appropriation to be void.

There is a provision similar to the one you have pointed
out found in the same appropriation bill (See page 706, General
and Special Laws, 49th Legislature, Regular Session, 1945). This
provision reads as follows:

"It is provided that any funds appropriated for
Substation No. 21, for building construction, which
are not expended during the fiscal year ending
August 31, 1946 are hereby reappropriated to the
fiscal year ending August 31, 1947."

We believe it was the intention of the Legislature to
reappropriate the unexpended balances remaining in Items 10a
and 10b at the end of the fiscal year 1946 for use in accomplishing
the same purposes during the fiscal year ending 1947, and that
figures 1947 and 1948 were inadvertently used.

You are advised, therefore, that it is the opinion of
this department that any unexpended balance remaining in Items

10a and 10b at the expiration of the fiscal year ending August 31, 1946 may legally be expended for the same purposes during the fiscal year ending August 31, 1947.

Trusting the above fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

/s/ R. M. DeGeurin
Assistant

Approved Apr 27, 1946
Carlos C. Ashley
First Assistant
Attorney General

Approved: Opinion Committee
By___LPL___
Chairman

RMDeG:FT:djm